Hank Bates (SBN 167688)
hbates@cbplaw.com
Edwin Lee Lowther (*admitted pro hac vice*)
llowther@cbplaw.com
Randall K. Pulliam (*admitted pro hac vice*)
rpulliam@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR, 72201
Tel. 501-312-8500
Fax 501-312-8505

*Attorneys for Plaintiff*

Nicholas A. Danella (SBN 290566)
ndanella@bradley.com
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, ALL 35203-2119
Tel. 205-521-8576
Fax 205-521-8800

*Attorney for PHH Mortgage Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

*San Francisco Division*

| | |
|---|---|
| LAWRENCE TORLIATT,<br>on behalf of himself and<br>all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORP,<br>    Defendant.<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lawrence Torliatt v. Ocwen Loan Servicing,*<br>Case No. 3:19-cv-04303-WHO | Case No. 3:19-cv-04356-WHO<br><br>**STIPULATION FOR ENLARGEMENT OF PLAINTIFF'S TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO TRANSFER** |

# STIPULATION FOR ENLARGEMENT OF PLAINTIFF'S TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO TRANSFER

Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 6-1 and 6-2, the parties stipulate, subject to approval of the Court, to enlarging the time for Plaintiff to respond to Defendant's Motion to Dismiss, (Dkt. No. 13), and Motion to Transfer, (Dkt. No. 14), as follows:

On September 27, 2019, Defendant filed a Motion to Dismiss and Motion to Transfer. The issues raised in those motions, particularly the Motion to Transfer, are complex, and Plaintiff's counsel needs additional time to research the issues and prepare responses. Given the press of other professional obligations, including other briefing deadlines, Plaintiff's counsel seek relief from the current response deadline of October 11, 2019.

As for previous time modifications, this case was first assigned to Magistrate Judge Beeler. Judge Beeler had issued an Initial Case Management Order, which were superseded as a matter of course by Judge Rogers's Case Management Order. The parties did not request those extensions.

The parties also stipulate to extend Defendant's deadline for filing replies in support its motions to November 8, 2019. The current deadline for those replies is October 18, 2019. Defendant's motions are currently set to be heard on November 13, 2019. The parties further stipulate to resetting the hearing date on those motions to December 4, 2019.

For the foregoing reasons, the parties stipulate that Plaintiff's deadline for filing responses to Defendant's Motion to Dismiss, (Dkt. No. 13), and Motion to Transfer, (Dkt. No. 14) shall be October 25, 2019, and that Defendant's deadline for filing replies shall be November 8, 2019. It is further stipulated that the hearing date on these motions is rescheduled for December 4, 2019.

It is so stipulated.

Dated: October 9, 2019

    */s/ Hank Bates*
Hank Bates (SBN 167688)
hbates@cbplaw.com
Edwin Lee Lowther (*admitted pro hac vice*)
llowther@cbplaw.com
Randall K. Pulliam (*admitted pro hac vice*)
rpulliam@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR, 72201
Tel. 501-312-8500
Fax 501-312-8505

*Attorneys for Plaintiff*

Dated: October 9, 2019

    */s/ Nicholas A. Danella*
Nicholas A. Danella (SBN 290566)
ndanella@bradley.com
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, ALL 35203-2119
Tel. 205-521-8576
Fax 205-521-8800

*Attorney for PHH Mortgage Corporation*

## **ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Hank Bates, hereby attest that concurrence in the filing of this document has been obtained from Nicholas A. Danella.

Dated: October 9, 2019

    */s/ Hank Bates*
Hank Bates (SBN 167688)

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

October 17, 2019
Date

Hon. William H. Orrick III